# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : CRIMINAL ACTION NO. 05-363-4 |
| vs. | : |
| | : CIVIL ACTION NO. 09-4139 |
| **PEDRO RISQUET,** | : |
|         **Defendant.** | : |

## ORDER

**AND NOW**, this 29th day of November 2011, upon consideration of Petitioner Pedro Risquet's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (Doc. No. 433), the Government's response thereto (Doc. No. 446), and Petitioner's Reply (Doc. No. 454), after a review of the record in this case, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that:

    1.    The Petitioner's Motion is **DENIED**;

    2.    The Court finds no ground upon which to issue a certificate of appeal, as Petitioner has not made a substantial showing of the denial of a constitutional right;[1] and

    3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED.**

                                                           **BY THE COURT:**

                                                           **/s/ Hon. Cynthia M. Rufe**

                                                           **HON. CYNTHIA M. RUFE**

---

[1] See 28 U.S.C. § 2253(c)(2).